# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

149949

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 149949
COA: 311755
Wayne CC: 11-008346-FH

TAYWON KESHAUN WILLIAMS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 24, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court. The court articulated substantial and compelling reasons for departing from the guidelines with respect to the defendant's convictions for armed robbery, assault with intent to murder, and torture, but it failed to articulate any rationale for the particular departures made. *People v Smith*, 482 Mich 292 (2008). On remand, the court shall either issue an order that articulates why the extent of the departures is warranted, or resentence the defendant. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



Clerk

p1222